## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| SHELTER GENERAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | No. 2:17-cv-02354-JPM-tmp |
| v. | ) ) | |
| I AM ONE LOGISTICS, INC.; ESTATE OF COLEMAN CRAWFORD, JR., | ) ) ) | |
| Defendant. | | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Shelter General Insurance Company's Notice of Voluntary Dismissal, filed on September 4, 2018 (ECF No. 20), and the Court having entered an Order of Dismissal (ECF No. 21),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

**APPROVED:**

 /s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

 9/6/2018
Date